THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
DANIEL LAYTON (SBN 240763)
Assistant United States Attorney
   Room 7211, Federal Building
   300 N. Los Angeles Street
   Los Angeles, California  90012
   Telephone:  (213) 894-6165
   Facsimile:  (213) 894-0115
   Email: Daniel.Layton@usdoj.gov

Attorneys for the United States of America,
Petitioner

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 2:09-cv-05328-FMC-VBKx |
| Petitioner, | ) |
| | ) ORDER TO SHOW CAUSE |
| v. | ) |
| EDUARDO SANDOVAL | ) |
| Respondent. | ) |

   Upon the Petition and supporting Memorandum of Points and Authorities, and the supporting Declaration to the Petition, the Court finds that Petitioner has established its *prima facie* case for judicial enforcement of the subject Internal Revenue Service ("IRS" and "Service") summons.  *See* United States v. Powell, 379 U.S. 48, 57-58, 85 S.Ct. 248, 13 L.Ed.2d 112 (1964); *see also*, Crystal v. United States, 172 F.3d 1141, 1143-1144 (9th Cir. 1999); United States v. Jose, 131 F.3d 1325, 1327 (9th Cir. 1997); Fortney v. United States, 59 F.3d 117, 119-120 (9th Cir. 1995) (the Government's *prima facie* case is typically

1 | made through the sworn declaration of the IRS agent who issued
2 | the summons); *accord*, United States v. Gilleran, 992 F.2d 232,
3 | 233 (9th Cir. 1993).
4 |     Therefore, **IT IS ORDERED** that Respondent appear before this
5 | District Court of the United States for the Central District of
6 | California, in Courtroom No. **750**,
7 | ☐ United States Courthouse
    312 North Spring Street, Los Angeles, California, 90012
8 |
9 | ■ Roybal Federal Building and United States Courthouse
    255 E. Temple Street, Los Angeles, California, 90012
10 |
11 | ☐ Ronald Reagan Federal Building and United States Courthouse
     411 West Fourth Street, Santa Ana, California, 92701
12 |
13 | ☐ Brown Federal Building and United States Courthouse
     3470 Twelfth Street, Riverside, California, 92501
14 |
15 | ☐ _____
16 |
17 | on **September 14, 2009, at 10:00 a.m.,** and show cause why the
18 | testimony and production of books, papers, records, and other
19 | data demanded in the subject Internal Revenue Service summons
20 | should not be compelled.
21 |     **IT IS FURTHER ORDERED** that copies of this Order, the
22 | Petition, Memorandum of Points and Authorities, and accompanying
23 | Declaration be served promptly upon Respondent by any employee of
24 | the Internal Revenue Service or the United States Attorney's
25 | Office, by personal delivery or by certified mail.
26 |     **IT IS FURTHER ORDERED** that within ten (10) days after
27 | service upon Respondent of the herein described documents,
28 | Respondent shall file and serve a written response, supported by

1  appropriate sworn statements, as well as any desired motions.
2  If, prior to the return date of this Order, Respondent files a
3  response with the Court stating that Respondent does not desire to
4  oppose the relief sought in the Petition, nor wish to make an
5  appearance, then the appearance of Respondent at any hearing
6  pursuant to this Order to Show Cause is excused, and Respondent
7  shall be deemed to have complied with the requirements of this
8  Order.

9  **IT IS FURTHER ORDERED** that all motions and issues raised by
10 the pleadings will be considered on the return date of this Order.
11 Only those issues raised by motion or brought into controversy by
12 the responsive pleadings and supported by sworn statements filed
13 within ten (10) days after service of the herein described
14 documents will be considered by the Court.  All allegations in the
15 Petition not contested by such responsive pleadings or by sworn
16 statements will be deemed admitted.

18 DATED: This 27th day of July                                    , 2009.

                                    /s/ Florence-Marie Cooper
                                    _____
                                    UNITED STATES DISTRICT JUDGE

Presented By:

THOMAS P. O'BRIEN
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

_____
DANIEL LAYTON
Assistant United States Attorney
Attorneys for the United States of America,
Petitioner